**Order entered October 21, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01317-CV

### THE ESTATE OF MAX D. HOPPER, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-03238-1**

## ORDER

Before the Court is the parties' October 17, 2019 agreed motion to extend briefing deadlines pending the finalization of a settlement agreement. We **GRANT** the motion and **ORDER** appellant's brief, a motion to dismiss the appeal, or a status report concerning the settlement be filed no later than November 20, 2019.

/s/    KEN MOLBERG
        JUSTICE